No. 73–5536.  NEWKIRK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5538.  DAVIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5546.  KEEGAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5548.  BENSON v. AMERICAN EXPORT ISBRANDTSEN LINES, INC.  C. A. 3d Cir.  Certiorari denied.

No. 73–5758.  LUZAICH v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 73–5775.  PATRICK v. RUSSELL, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 73–5782.  GIBSON v. COINER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 73–5786.  TINSLEY v. KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 73–5792.  PATE v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 73–5794.  ALLISON v. GEORGIA.  Ct. App. Ga. Certiorari denied.

No. 73–5795.  SASO v. MCCARTHY, MEN'S COLONY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 73–5797.  CHAMBERLAIN v. JOHNSON, WARDEN. C. A. 6th Cir.  Certiorari denied.